**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6100**

DONTEZ JOHNSON,

          Plaintiff - Appellant,

       v.

S. KALLIS; JARED RARDIN, Associate Warden; J. A. DUNN, Associate Warden;
J. RIVERIA, M-Unit Manager; F. ENTZEL, Warden; C. BENNETT, Correctional
Officer; B. BENSON; A. HIGGINBOTTOM; C. MAGERKO; ROSENBURG, Case
Manager M-Unit; YONNUS, Case Manager M-Unit; MS. MORGAN, Counselor
M-4 Unit; W. BARR; P. FOLTZ; F. ARRMENTO; J. HANO; RELIGIOUS
SERVICES; FCI HAZELTON; MID-ATLANTIC REGIONAL DIRECTOR,

          Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at
Elkins. John Preston Bailey, District Judge. (2:17-cv-00148-JPB-JPM)

Submitted: September 22, 2020          Decided: September 24, 2020

Before NIEMEYER, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dontez Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dontez Johnson appeals the district court's order dismissing without prejudice his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Kallis*, No. 2:17-cv-00148-JPB-JPM (N.D.W.V. Dec. 19, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*